1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  DANIEL PASTOR (CABN 297948)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6778
7       FAX: (415) 436-7027
        daniel.pastor@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 19-CR-0636-EMC |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) |
| OSCAR GUADRON-DIAZ, | ) |
| Defendant. | ) |

On January 22, 2020, the parties appeared before this Court for a status conference. At that time, defense counsel requested a continuance until February 5, 2020, so that she could continue to review discovery with the defendant. The matter was scheduled for a change of plea on February 5, 2020.

With the agreement of the parties as explained on the record during the hearing, the Court enters this order documenting the exclusion of time under the Speedy Trial Act from January 22, 2020 to February 5, 2020 (inclusive), pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agreed to the exclusion of time under the Speedy Trial Act to allow for effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The parties agree that the ends of justice are served by granting the continuance and outweigh the interests of the public and the defendant in a speedy trial.

STIPULATION AND PROPOSED ORDER          1
19-CR-0636-EMC

**[PROPOSED] ORDER**

Based on the reasons stated on the record and in the stipulation of the parties above, the Court hereby FINDS that the exclusion of time from January 22, 2020 to February 5, 2020 (inclusive) is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A). The failure to grant the requested continuance would deny defendant effective preparation of counsel. 18 U.S.C. §§ 3161(h)(7)(B)(iv).

DATED: January 27, 2020

_____
HON. EDWARD M. CHEN
United States District Judge