DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6778
    FAX: (415) 436-7027
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 19-CR-0230-EMC |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] AMENDED ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| OSCAR GUADRON-DIAZ, | ) | |
| Defendant. | ) | |

On December 18, 2019, the parties appeared before this Court for a status conference. At that time, the parties requested a trial date of March 16, 2020. The Court set a trial date of March 16, 2020. At the request of defense counsel, and with the agreement of the government, the parties requested that the time between December 18, 2019 and March 16, 2020 be excluded for effective preparation of counsel.

As explained on the record during the hearing, the Court enters this order documenting the exclusion of time under the Speedy Trial Act from December 18, 2019 to March 16, 2020 (inclusive), pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agreed to the exclusion of time under the Speedy Trial Act to allow for effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**[PROPOSED] ORDER**

Based on the reasons stated on the record and in the stipulation of the parties above, the Court hereby FINDS that the exclusion of time from December 18, 2019 to March 16, 2020 (inclusive) is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A). The failure to grant the requested continuance would deny defendant effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: January 28, 2020

_____
HON. EDWARD M. CHEN
United States District Judge