DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
LINA PENG (NYBN 5150032)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6778
    FAX: (415) 436-7027
    daniel.pastor@usdoj.gov
    lina.peng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>OSCAR GUADRON-DIAZ,<br><br>    Defendant. | CASE NO. 19-CR-0230 (EMC)<br><br>[PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM **JULY 20, 2020 THROUGH OCTOBER 26, 2020** |

      On July 10, 2020, the parties appeared before the Court. Defendant requested a continuance of the July 20, 2020 trial date. Defense counsel stated that her physician had determined that she is in a high-risk category for COVID-19 and that the physician recommended she not participate in a trial on July 20, 2020. The Court continued the trial date to October 26, 2020 and set a status on September 30, 2020 at 2:30 PM.

      Government counsel requested that the Court appoint additional CJA counsel as standby counsel in the event that defense counsel cannot participate on the rescheduled October 26, 2020 trial date. The

1  Court granted the request and directed defense counsel to consult with the CJA coordinator to have
2  standby counsel appointed.  The parties and the Court agreed that time should be excluded from July 20,
3  2020 through October 26, 2020 under the Speedy Trial Act for continuity of counsel and effective
4  preparation of counsel.  The Court directed the government to prepare an exclusion order.

[PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
2
19-CR-0230 (EMC)

# [PROPOSED] ORDER

Based on the reasons stated above and on the record at the status on July 10, 2020, the Court hereby finds that the exclusion of time from July 20, 2020 through October 26, 2020 (inclusive) is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A). The failure to grant the requested continuance would deny defendant effective preparation of counsel and continuity of counsel. 18 U.S.C. §§ 3161(h)(7)(B)(iv).

DATED:  July 14, 2020    _____
HON. EDWARD M. CHEN
United States District Judge