DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6778
    FAX: (415) 436-7027
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-0230 (EMC) |
| Plaintiff, | [~~PROPOSED~~] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM OCTOBER 26, 2020 THROUGH NOVEMBER 2, 2020 |
| v. | |
| OSCAR GUADRON-DIAZ, | |
| Defendant. | |

On October 16, 2020, the parties appeared before this Court for a Zoom status conference. The Court explained COVID-19 trial procedures and set November 2, 2020 as the new date for the start of trial with voir dire to be conducted on October 30, 2020. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act from October 26, 2020 through November 2, 2020, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agreed to the exclusion of time under the Speedy Trial Act to allow for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

||||
|---|---|---|
|1|| **[PROPOSED] ORDER** |
|2|| With the agreement of the parties, the Court hereby FINDS that the exclusion of time from October 26, 2020 through November 2, 2020 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant the effective preparation of counsel. 18 U.S.C. §§ 3161(h)(7)(B)(iv). |

(Note: "[PROPOSED]" is struck through.)

DATED: October 16, 2020

_____
HON. EDWARD M. CHEN
United States District Judge

[PROPOSED] ORDER                                  2
19-CR-0230 (EMC)